**No. 10-10221. Deonte Sweeney, Petitioner v. United States.**

563 U.S. 1027, 131 S. Ct. 2944, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4131.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 402 Fed. Appx. 37.